UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

-v-

Steven C. Justus

**FILED**
NOV 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO: 07 CR 751-2

JUDGE: MANNING

IS THE DEFENDANT IN CUSTODY?   YES [ ]   NO [X]

## NOTICE OF ARRAIGNMENT AND PLEA

The above-entitled cause has been scheduled for an arraignment and the entry of a plea on **Tuesday, November 27, 2007 at 10:00 a.m.** in Courtroom **1300** at the Everett McKinley Dirksen Courthouse, 219 South Dearborn, Chicago, Illinois before the Honorable

Judge   **Magistrate Judge Valdez for Judge Manning.**

You must call the United States Pretrial Services Office at (312) 435-5793 no later than 72 hours prior to your scheduled appearance in court. You will be asked to provide the Pretrial Services Office with background information that will be given to the court to assist in setting the conditions of your release. The Pretrial Services Office is located in Room 15100 of the Everett McKinley Dirksen Courthouse, 219 South Dearborn, Chicago, Illinois, 60604.

You are entitled to be represented by a lawyer at the interview with the Pretrial Services Office and at the arraignment and plea. If you cannot afford to hire a lawyer, you should contact the Federal Defender Program at (312) 621-8300 as soon as you receive this notice and an attorney will assist you. The Federal Defender Program is located at 55 East Monroe Street, Suite 2800, Chicago, Illinois, 60603.

## CERTIFICATE OF MAILING

I hereby certify that copies of this notice of arraignment and plea were mailed to:

| DEFENDANT # | 2 | DEFENDANT'S ATTORNEY | |
|---|---|---|---|
| Name: | Steven C. Justus | Name: | Standish E. Willis/312-554-0005 |
| Address: | | Address: | 407 S. Dearborn, Ste. 1395 |
| City, State, ZIP: | | City, State, ZIP: | Chicago, IL 60605 |

AUSA:   STEPHEN L. HEINZE

Copies of this notice were delivered to:

[X] Court Interpreter            [X] Pretrial Services Office

By   Marsha E. Glenn            Date:   11/15/07

Additional instructions regarding notice:

[ ] Docketing Department to Mail Notice       [ ] Telephoned Notice by Judges Staff