**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                               Case No.: 1:07−cr−00751
                                                      Honorable Blanche M. Manning

Anthony Shumpert, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 20, 2007:

      MINUTE entry before Judge Maria Valdez as to Steven C Justus (2) : At the telephonic request of counsel, arraignment set for 11/27/07 is stricken and reset for 12/4/2007 at 10:00 AM. Mailed notice (yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.