# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 751 - 2 | **DATE** | 12/4/2007 |
| **CASE TITLE** | USA vs. Steven C. Justus | | |

**DOCKET ENTRY TEXT**

Arraignment as to Steven C. Justus (2) held on 12/4/07. Defendant appears to surrender on 12/4/07. Defendant informed of his rights. Standish E. Willis's oral motion for appointment of counsel for defendant is granted. Defendant waives formal reading of the indictment. Defendant enters plea of not guilty as charged in the indictment. Rule 16.1 Conference to be completed by 12/11/07. Any pretrial motions should be filed by 12/18/07. Response to be filed by 1/2/08. Reply to be filed by 1/16/08. Status hearing set before Judge Manning on 12/20/07 at 11:00 a.m. Government and defendant agree to certain conditions of release. Defendant shall be release based on the conditions as outlined in open court. Status hearing set for 12/6/07 at 4:00 p.m. on conditions of release. Third party custodian shall appear by phone. Government's oral motion to exclude time is granted. Enter excludable time from 12/4/07 to 12/20/07 pursuant to 18:3161(h)(1)(F). (X-E)

■ [ For further detail see separate order(s).]          Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | yp |
|---|---|---|