UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case  07 CR 751-2
USA v. Steven Justus

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR

Steven Justus

**FILED**
DEC - 4 2007
12-4-07
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

| SIGNATURE | |
|---|---|
| s/ Stewart E. Willis | |
| FIRM | |
| Law Offices of S. Willis | |
| STREET ADDRESS | |
| 407 S. Dearborn #1395 | |
| CITY/STATE/ZIP | |
| Chicago | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|  | 312 554-0005 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL [ ]   APPOINTED COUNSEL [X] | |