## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 751 - 2 | DATE | 12/6/2007 |
| CASE TITLE | USA vs. Steven C. Justus | | |

**DOCKET ENTRY TEXT**

Magistrate Judge status hearing held on 12/6/07. Third party custodian having been admonished by phone in open court. Defendant having met all conditions of release. Enter Order Setting Conditions of Release.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

| | | Courtroom Deputy Initials: | yp |
|---|---|---|---|