**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois –** **CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
                        Plaintiff,

v.                                            Case No.: 1:07−cr−00751
                                                 Honorable Blanche M. Manning

Anthony Shumpert, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 20, 2007:

      MINUTE entry before Judge Blanche M. Manning :as to Steven C Justus, Status hearing held on 12/20/2007. Status hearing set for 1/29/2008 at 11:00 AM. Pretrial motions shall be filed by 1/29/2008. Defendant's appearance is waived at the next hearing. Time excluded to 1/29/2008 pursuant to 18:3161 (h)(8)(B)(i).Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.