**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,  Plaintiff(s) | ) ) ) ) | 07 CR 751 |
| v. | ) ) | |
| STEVEN JUSTUS  ,  Defendant. | ) ) ) ) | Judge Blanche M. Manning |

## NOTICE OF FILING

To.  Mr. Stephen L. Heinze
UNITED STATES ATTORNEY'S OFFICE
219 South Dearborn Street - Suite 500
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on the, 29th day of January 2008, I filed with the Clerk of the United States District Court, 219 South Dearborn, Chicago, Illinois, the attached document.

s/ Standish E. Willis
Attorney for Defendant
THE LAW OFFICES OF STANDISH E. WILLIS, LTD.
407 South Dearborn, Suite # 1395
Chicago, IL 60605

## CERTIFICATE OF SERVICE

I, Standish E. Willis, an attorney, do hereby certify that I caused to be served a copy of **DEFENDANT STEVEN JUSTUS'MOTION FOR DISCOVERY** this 29th day of January, 2008, by electronically filing a copy in the Northern District of Illinois.

s/ Standish E. Willis
Attorney At Law