# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 751 | **DATE** | 1/29/2008 |
| **CASE TITLE** | USA vs. Steven Justus | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 4/4/2008 at 11:00 a.m. Pretrial Services oral request to modify conditions of release to include psychological evaluation and any treatment necessary is granted. Response to any pretrial motions to be filed by 2/12/2008. Any replies to be filed by 2/19/2008. Time excluded to 4/4/2008 pursuant to 18:3161 (h)(8)(B)(i)-(X-T1).

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | rs |
|---|---|---|