# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 751 | **DATE** | April 18, 2008 |
| **CASE TITLE** | *United States v. Steven Justus* | | |

**DOCKET ENTRY TEXT**

Defendant Steven Justus' pretrial motions [13-1] do not comply with the requirements of Local Criminal Rule 12.1 and accordingly are denied.

■[ For further details see text below.]   Docketing to mail notices.

00:00

### STATEMENT

Defendant Steven Justus has filed a pretrial motion seeking discovery from the government of a wide variety of documents and information. However, his motion does not contain (1) a statement that the discovery conference required under Local Criminal Rule 16.1(a) occurred; (2) the date of the conference; (3) the name of opposing counsel who appeared at the conference; and (4) a statement that agreement could not be reached concerning the discovery sought in the motion. *See* Local Crim. R. 12.1(b). The court is not free to consider motions that lack this information. *Id.* ("The court will not hear a motion for additional discovery or inspection if it does not conform to the procedural requisites of this section.")

Accordingly, Justus' pretrial motions are denied without prejudice. If the parties cannot reach agreement after the discovery conference required under Rule 16.1, Justus may bring a motion for additional discovery within 7 days after the conference seeking only those materials over which agreement could not be reached. *See* Rule 12.1(b) ("motion shall be filed within 7 days of the conference").

rs/cpb